UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-2348-Bandstra

UNITED STATES OF AMERICA

vs.

NESTOR HUGO PEDRO,

        **Defendant.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __x__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: _____
        KURT K. LUNKENHEIMER
        ASSISTANT UNITED STATES ATTORNEY
        Court I.D. No. A5501535
        99 N. E. 4th Street
        Miami, Florida 33132-2111
        TEL (305) 961-9008
        FAX (305) 530-7976

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **FLORIDA**

UNITED STATES OF AMERICA

V.

NESTOR HUGO PEDRO

**CRIMINAL COMPLAINT**

CASE NUMBER: 12-2348-Bandstra

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 12, 2012, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, NESTOR HUGO PEDRO, did knowingly possess, use and attempt to use a United States visa, knowing it to have been procured by means of a false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am a Special Agent with the Diplomatic Security Service, U.S. Department of State and that this complaint is based on the following facts:

On or about March 12, 2012, the defendant, NESTOR HUGO PEDRO, arrived at Miami International Airport aboard TAM Airlines Flight #JJ 8094 from Sao Paulo, Brazil. The defendant presented an Argentinian passport and a U.S. visa to U.S. Customs and Border Protection for examination and entry into the United States. During the secondary examination, U.S. Customs and Border Protection Officers discovered that the Argentinian passport appeared to be genuine, however, the U.S. visa had been obtained by means of a false statement. The defendant admitted to Officers of U.S. Customs and Border Protection that he lied on his application for a U.S. visa by stating that he never overstayed on his prior visa. The defendant had applied and received a United States visa allowing him to stay in the United States until October 25, 2006, but defendant stayed in the United States until August 17, 2008. In his application for a United States visa, the defendant stated that he had never violated the terms of his visa, when in truth and in fact he had violated the terms of the visa by staying in the United States after the expiration of his stay in October 25, 2006, until August 17, 2008.

KEVIN GRANT, SPECIAL AGENT
DIPLOMATIC SECURITY SERVICE
U.S. DEPARTMENT OF STATE

Sworn to before me, and subscribed in my presence,

__MARCH 13, 2012__     at     __Miami, Florida__
Date                                                      City and State

TED E. BANDSTRA
__UNITED STATES MAGISTRATE JUDGE__
Name and Title of Judicial Officer                  Signature of Judicial Officer