UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-2348-BANDSTRA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

NESTOR HUGO PEDRO,

      Defendant.
_____/

# DEFENDANT'S INVOCATION OF
# RIGHT TO SILENCE AND COUNSEL

      The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to sentencing, enhanced punishments, factors applicable under the U. S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction, appeals or other post-trial proceedings.

The defendant requests that the U. S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

MICHAEL CARUSO
INTERIM FEDERAL PUBLIC DEFENDER

By: s/ Helaine B. Batoff
Helaine B. Batoff
Assistant Federal Public Defender
Florida Bar No. 0418617
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000
(305) 536-4559, Fax
Email: helaine_batoff@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 15, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Helaine Batoff*
Helaine Batoff

# SERVICE LIST

United States v. Nestor Hugo Pedro
Case No. 12-2348-Bandstra
United States District Court, Southern District of Florida


**Helaine Batoff, AFPD**
helaine.batoff@fd.org
Federal Public Defender's Office
150 West Flagler Street, Suite 1700
Miami, Florida 33130
Tel: (305) 530-7000
Fax: (305) 536-4559
Attorney for Defendant
CM/ECF


**United States Attorney's Office**
99 NE 4th Street, Suite 600
Miami, Florida 33132
Tel: (305) 961-9000
Fax: (305) 530-7976
Attorney for Government
CM/ECF